UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLTON BROWN,

                    Plaintiff,

        -v-

HUNTINGDON VALLEY BANK, *et al.*,

                    Defendants.

23-CV-8360 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court has been informed that Plaintiff Carlton Brown ("Brown") is voluntarily dismissing this action with prejudice against Defendant Huntingdon Valley Bank. (ECF No. 12.) Accordingly, the Clerk of Court is directed to dismiss Huntingdon Valley Bank as a party in this action.

    The Court has also been informed that Brown and Defendant Trans Union, LLC have reached a settlement in principle of this case. (ECF No. 11.) Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and subject to restoring the action to the Court's calendar upon application by either Brown or Trans Union, LLC, provided the application to restore the action is made within sixty days.

    All filing deadlines and conference dates with respect to Trans Union LLC are adjourned *sine die*.

    SO ORDERED.

Dated: November 27, 2023
       New York, New York

                                          J. PAUL OETKEN
                                          United States District Judge